IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 19 PM 5: 49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                NO. 0520030-Ml

DARREN SHELLEY,

    Defendant.

### ORDER ON CONTINUANCE

Before the Court is Defendant Darren Shelley's motion to continue the above styled case from the December 20, 2005 report date until the January 27, 2006 report date for purposes of a change of plea with the time being excluded for purposes of the Speedy Trial Act. The Court finds that said motion is well taken and is hereby granted.

It is, THEREFORE ORDERED, ADJUDGED AND DECREED, that the above styled case be continued from December 20, 2005 until the 27th day of January, 2006 at 9:00 a.m. with the time being excluded for purposes of the Speedy Trial Act.

United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-20-05

146

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 146 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT